**LITE DePALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite, Esq. (AL-6774)
Michael E. Patunas, Esq. (MP-2306)
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 623-3000



SEP 2 7 2005

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTANA PHARMA AG, and WYETH, :<br>: <br>Plaintiffs, :<br>:<br>v. :<br>:<br>TEVA PHARMACEUTICALS USA, INC. and :<br>TEVA PHARMACEUTICAL INDUSTRIES :<br>LTD., :<br>:<br>Defendants. : | Civil Action No.: 04-2355 (JLL)<br><br><br>**ORDER** |

THIS MATTER having come before the Court upon joint application of all parties for an Order extending the deadline for fact discovery from September 30, 2005 to January 31, 2006, and the Court having considered the letter of September 26, 2005 from defendants' counsel setting forth the status of discovery and the need for such an extension, and for good cause shown,

IT IS on this ___ day of _____, 2005,

ORDERED that the deadline for fact discovery is hereby extended until January 31, 2006.

s/Ronald J. Hedges
_____
Honorable Ronald J. Hedges, U.S.M.J.