# EXHIBIT A

# CONFIDENTIAL – FILED UNDER SEAL

# EXHIBIT B

# CONFIDENTIAL – FILED UNDER SEAL

# EXHIBIT C

 

# U.S. Food and Drug Administration
### CENTER FOR DRUG EVALUATION AND RESEARCH

FDA Home Page | CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER

| CDER Home | About CDER | Drug Information | Regulatory Guidance | CDER Calendar | Specific Audiences | CDER Archives |

Search [_____] **GO** powered by Google™

# Paragraph IV Patent Certifications
## As of June 22, 2006

Below is a list of drug products for which an Abbreviated New Drug Application (ANDA) has been received by the Office of Generic Drugs (OGD) containing a "Paragraph IV" patent certification. This list includes the name of the drug product, dosage form, strength (subject of Paragraph IV certification), reference listed drug (RLD), **and the date on which the first substantially complete generic drug application was submitted to the Agency (on a prospective basis beginning 3/2/04).** The Agency will not disclose the identity of the applicant. This information will be updated on a **bi-monthly** basis and will be as current as the last update. This information should be used for reference only. The Agency will make every effort to ensure the accuracy of the information disclosed in this list. However, any discrepancies or disparities should be discussed with the Regulatory Support Branch at 301-827-5862, before making any decisions based on this information.

Any additions from the preceding list are marked with the **New!!** icon.

- FDA News: FDA announces measure to improve generic drug access
- Docket # 2000P-1556  Policy regarding ANDA holder confidentiality

| DRUG NAME | DOSAGE FORM | STRENGTH | RLD | DATE OF SUBMISSION |
|---|---|---|---|---|
| Acarbose | Tablets | 25 mg, 50 mg and 100 mg | Precose | 3/22/2005 |
| Acetaminophen | Extended-release Tablets | 650 mg | Tylenol | |
| Acetaminophen/ Aspirin/ Caffeine | Tablets | 250 mg/250 mg/ 65 mg | Excedrin (migraine) | |
| Acetaminophen and Tramadol Hydrochloride | Tablets | 325 mg/ 37.5 mg | Ultracet | |
| Acyclovir Sodium | Injection | 50 mg/mL, 10 mL and 20 mL vials | Zovirax | |

| Adenosine | Injection | 3 mg/mL, 20 mL and 30 mL vials | Adenoscan | 4/18/2005 |
|---|---|---|---|---|
| Albuterol Sulfate | Oral Syrup | 2 mg(base)/ 5 mL | Ventolin | |
| Albuterol Sulfate | Extended-release Tablets | 4 mg and 8 mg | Volmax | |
| Albuterol Sulfate | Inhalation Solution | 0.021% and 0.042% | Accuneb | 10/19/2005 |
| Albuterol Sulfate/ Ipratropium Bromide | Inhalation Solution | 0.083%/ 0.017% | Duoneb | |
| Alendronate Sodium | Tablets | 5 mg, 10 mg, 35 mg, 40 mg and 70 mg | Fosamax | |
| Alprazolam | Orally Disintegrating Tablets | 0.25 mg, 0.5 mg, 1 mg and 2 mg | Niravam | 12/27/2005 |
| Alprazolam | Tablets | 0.25 mg, 0.5 mg, 1 mg and 2 mg | Xanax | |
| Almotriptan Malate | Tablets | 6.25 mg and 12.5 mg | Axert | 12/8/2005 |
| Amifostine | For Injection | 500 mg/vial | Ethyol | 4/16/2004 |
| Amlodipine Besylate | Tablets | 2.5 mg, 5 mg and 10 mg | Norvasc | |
| Amlodipine Besylate and Benazepril Hydrochloride | Capsules | 2.5 mg/10 mg, 5 mg/10 mg, 5 mg/20 mg and 10 mg/20 mg | Lotrel | 6/9/2004 |
| Atenolol | Tablets | 25 mg, 50 mg and 100 mg | Tenormin | |
| Atenolol/ Chlorthalidone | Tablets | 50 mg/25 mg and 100 mg/25 mg | Tenoretic | |
| Atorvastatin Calcium | Tablets | 10 mg, 20 mg, 40 mg and 80 mg | Lipitor | |
| Azelastine Hydrochloride | Nasal Spray | 0.125 mg base/spray | Astelin | 11/14/2005 |
| Betaxolol | Ophthalmic | 0.5%(base) | Betoptic | |

| | Solution | | | |
|---|---|---|---|---|
| Brimonidine Tartrate | Ophthalmic Solution | 0.2% | Alphagan | |
| Budesonide | Inhalation Suspension | 0.25 mg/2 mL and 0.5 mg/2 mL | Pulmicort Respules | 9/15/2005 |
| Bupropion Hydrochloride | Extended-release Tablets | 100 mg, 150 mg and 200 mg | Wellbutrin SR | |
| Bupropion Hydrochloride | Extended-release Tablets | 150 mg | Zyban | |
| Bupropion Hydrochloride | Extended-release Tablets | 150 mg and 300 mg | Wellbutrin XL | 9/21/2004 |
| Bupropion Hydrochloride | Tablets | 75 mg and 100 mg | Wellbutrin | |
| Buspirone Hydrochloride | Tablets | 5 mg, 7.5 mg, 10 mg, 15 mg and 30 mg | Buspar | |
| Butorphanol Tartrate | Nasal Spray | 10 mg/mL | Stadol NS | |
| Calcitonin-Salmon | Nasal Spray | 200 IU/spray | Miacalcin | |
| Calcitriol | Injection | 1 mcg/mL and 2 mcg/mL, 1 mL vials | Calcijex | |
| Calcium Acetate | Capsules | EQ 169 mg calcium | PhosLo | 5/31/2005 |
| Calcium Carbonate/ Famotadine/ Magnesium Hydroxide | Chewable Tablets | 800 mg/ 10 mg/ 165 mg (OTC) | Pepcid Complete | 11/1/2004 |
| Captopril | Tablets | 12.5 mg, 25 mg, 50 mg, and 100 mg | Capoten | |
| Carbamazepine | Extended-release Capsules | 100 mg and 200 mg | Carbatrol | 2/2/2006 |
| Carbamazepine | Extended-release Capsules | 300 mg | Carbatrol | |
| Carbamazepine | Extended-release Tablets | 100 mg | Tegretol-XR | 12/30/2005 |
| Carbamazepine | Extended-release Tablets | 200 mg and 400 mg | Tegretol-XR | |

| Carbidopa/ Levodopa | Extended-release Tablets | 25 mg/100 mg and 50 mg/200 mg | Sinemet CR | |
|---|---|---|---|---|
| Carboplatin | For Injection | 50 mg/vial, 150 mg/vial and 450 mg/vial | Paraplatin | |
| Carboplatin | Injection | 50 mg/vial, 150 mg/vial and 450 mg/vial | Paraplatin | |
| Carisoprodol/ Aspirin | Tablets | 200 mg/ 325 mg | Soma Compound | |
| Carisoprodol/ Aspirin/ Codeine | Tablets | 200 mg/ 325 mg/ 16 mg | Soma Compound with Codeine | |
| Carvedilol | Tablets | 3.125 mg, 6.25 mg, 12.5 mg and 25 mg | Coreg | |
| Celecoxib | Capsules | 100 mg, 200 mg and 400 mg | Celebrex | |
| Cetirizine Hydrochloride and Pseudoephedrine | Extended-release Tablets | 5 mg/120 mg | Zyrtec-D | 6/2/2004 |
| Cetirizine Hydrochloride | Chewable Tablets | 5 mg and 10 mg | Zyrtec | 3/25/2005 |
| Chlorhexidine Gluconate | Scrub brush/sponge | 4% | Hibiclens | |
| Chlorpheniramine Polistirex and Hydrocodone Polistirex | Extended-release Capsules | 8 mg/10 mg and 4 mg/5 mg | Tussionex | 9/10/2004 |
| Ciprofloxacin Hydrochloride | Tablets | 100 mg, 250 mg, 500 mg and 750 mg | Cipro | |
| Cisplatin | Injection | 1 mg/mL, 10 mL, 50 mL, 100 mL and 200 mL vials | Platinol-AQ | |
| Cisplatin | For Injection | 10 mg/vial and 50 mg/vial | Platinol | |
| Clobetasol Propionate | Topical Foam | 0.05% | Olux | 6/27/2005 |

| Clobetasol Propionate | Lotion | 0.05% | Clobex | 3/27/2006 |
|---|---|---|---|---|
| Clonidine Hydrochloride | Transdermal System | 0.1 mg/day, 0.2 mg/day, and 0.3 mg/day | Catapres-TTS | |
| Clopidogrel Bisulfate | Tablets | 75 mg | Plavix | |
| Colestipol Hydrochloride | Tablets | 1 g | Colestid | 8/23/2005 |
| Conjugated Estrogens | Tablets | 0.3 mg and 0.625 mg | Premarin | |
| Cyclobenzaprine Hydrochloride | Tablets | 10 mg | Flexeril | |
| Cyclophosphamide | For Injection | 100 mg/vial, 200 mg/vial, 500 mg/vial, 1 g/vial and 2 g/vial | Cytoxan | |
| Desmopressin Acetate | Injection | 4 mcg/mL, 1 mL and 10 mL vials | DDAVP | |
| Desmopressin Acetate | Nasal Spray | 0.01% | DDAVP | |
| Desmopressin Acetate | Tablets | 0.1 mg and 0.2 mg | DDAVP | |
| Desogestrel; Ethinyl Estradiol Tablets | Tablets | 0.15mg/ 0.02 mg and 0.01 mg | Mircette | |
| Dexmethylphenidate Hydrochloride | Tablets | 2.5 mg | Focalin | 7/27/2004 |
| Dexmethylphenidate Hydrochloride | Tablets | 5 mg and 10 mg | Focalin | 5/27/2004 |
| Dexrazoxane | For Injection | 250 mg/vial | Zinecard | |
| Dextroamphetamine saccharate; Amphetamine aspartate; Dextroamphetamine Sulfate; Amphetamine Sulfate | Extended-release Capsules | 5 mg, 10 mg, 15 mg, 20 mg, 25 mg and 30 mg | Adderall XR | |
| Dextroamphetamine saccharate; Amphetamine aspartate; Dextroamphetamine Sulfate; Amphetamine Sulfate | Tablets | 7.5 mg, 12.5 mg and 15 mg | Adderall | |
| Diazepam | Tablets | 2 mg, 5 mg and 10 mg | Valium | |
| Diazepam | Rectal Gel | 2.5 mg/0.5 mL, 5 mg/mL, 10 | Diastat | 3/23/2004 |

| | | mg/2 mL, 15 mg/3 mL and 20 mg/4 mL | | |
|---|---|---|---|---|
| Didanosine | Delayed-release Capsules | 200 mg, 250 mg and 400 mg | Videx EC | 6/1/2004 |
| Diltiazem Hydrochloride | Extended-release Capsules | 60 mg, 90 mg and 120 mg | Cardizem SR | |
| Diltiazem Hydrochloride | Extended-release Capsules | 120 mg, 180 mg and 240 mg | Dilacor XR | |
| Diltiazem Hydrochloride | Extended-release Capsules | 120 mg, 180 mg, 240 mg and 300 mg | Cardizem CD | |
| Diltiazem Hydrochloride | Extended-release Capsules | 120 mg, 180 mg, 240 mg, 300 mg, 360 mg and 420 mg | Tiazac | |
| Diltiazem Hydrochloride | Extended-release Tablets | 120 mg, 180 mg, 240 mg, 300 mg and 360 mg | Cardizem LA | 8/30/2005 |
| Diltiazem Hydrochloride | Extended-release Tablets | 420 mg | Cardizem LA | 4/25/2005 |
| Divalproex Sodium | Delayed-release Tablets | 125 mg, 250 mg and 500 mg | Depakote | |
| Divalproex Sodium | Extended-release Tablets | 250 mg | Depakote ER | 5/3/2004 |
| Divalproex Sodium | Extended-release Tablets | 500 mg | Depakote ER | 2/8/2005 |
| Donepezil Hydrochloride | Tablets | 5 mg and 10 mg | Aricept | |
| Dorzolamide Hydrochloride | Ophthalmic Solution | 2% | Trusopt | 10/7/2005 |
| Dorzolamide Hydrochloride and Timolol Maleate | Ophthalmic Solution | 2%/0.5% | Cosopt | 10/7/2005 |
| Doxazosin Mesylate | Tablets | 1 mg, 2 mg, 4 mg and 8 mg | Cardura | |

| Drospirenone and Ethinyl Estradiol | Tablets | 3.0 mg/0.03 mg | Yasmin | 1/7/2005 |
|---|---|---|---|---|
| Enalapril Maleate | Tablets | 2.5 mg, 5 mg, 10 mg and 20 mg | Vasotec | |
| Enoxaparin Sodium | Injection | 100 mg/mL, 0.3 mL, 0.4 mL, 0.6 mL, 0.8 mL and 1 mL prefilled syringes | Lovenox | |
| Enoxaparin Sodium | Injection | 150 mg/mL, 0.6 mL, 0.8 mL and 1 mL prefilled syringes | Lovenox | |
| Escitalopram Oxalate | Capsules | 5 mg | Lexapro | 8/17/2005 |
| Escitalopram Oxalate | Capsules | 10 mg and 20 mg | Lexapro | 3/30/2005 |
| Escitalopram Oxalate | Tablets | 5 mg, 10 mg and 20 mg | Lexapro | |
| Esmolol Hydrochloride | Injection | 10 mg/mL, 10 mL vial | Brevibloc | |
| Esomeprazole Magnesium | Delayed-release Capsules | 20 mg and 40 mg | Nexium | 8/5/2005 |
| Estradiol | Transdermal System | 0.0375 mg/day and 0.06 mg/day | Climara | |
| Estradiol | Transdermal System | 0.05 mg/day and 0.1 mg/day | Climara | 9/12/2005 |
| Estradiol; Estradiol and Norgestimate | Tablets | 1 mg; 1 mg and 0.09 mg | Prefest | |
| Etodolac | Extended-release Tablets | 400 mg, 500 mg and 600 mg | Lodine XL | |
| Famciclovir | Tablets | 125 mg, 250 mg and 500 mg | Famvir | 12/28/2004 |
| Famotidine | Injection | 10 mg/mL, 2 mL vials; unpreserved | Pepcid | |

Paragraph IV Patent Certifications

| | | | | |
|---|---|---|---|---|
| Famotidine | Injection | 10 mg/mL, 4 mL and 20 mL vials; preserved | Pepcid | |
| Famotidine | Injection | 10 mg/mL, 50 mL vial, pharmacy bulk package; unpreserved | Pepcid | |
| Famotidine | Tablets | 10 mg (OTC) | Pepcid AC | |
| Famotidine | Tablets | 20 mg and 40 mg | Pepcid | |
| Famotidine | Tablets (Chewable) | 10 mg (OTC) | Pepcid AC (chewable) | |
| Felodipine | Extended-release Tablets | 2.5 mg, 5 mg and 10 mg | Plendil ER | |
| Fenofibrate | Capsules | 67 mg, 134 mg and 200 mg | Tricor | |
| Fenofibrate | Tablets | 54 mg, 107 mg and 160 mg | Tricor | |
| Fentanyl | Transdermal Extended-release Film | 0.6 mg/24 hr, 1.2 mg/24 hr, 1.8 mg/24 hr and 2.4 mg/24 hr | Duragesic | |
| Fentanyl Citrate | Lozenges | 0.2 mg | Actiq | 10/29/2004 |
| Fentanyl Citrate | Lozenges | 0.4 mg | Actiq | 10/6/2004 |
| Fentanyl Citrate | Lozenges | 0.6 mg | Actiq | 12/20/2004 |
| Fentanyl Citrate | Lozenges | 0.8 mg, 1.2 mg and 1.6 mg | Actiq | 11/22/2004 |
| Fexofenadine Hydrochloride | Capsules | 60 mg | Allegra | |
| Fexofenadine Hydrochloride | Tablets | 30 mg, 60 mg and 180 mg | Allegra | |
| Fexofenadine Hydrochloride and Pseudoephedrine Hydrochloride | Extended-release Tablets | 60 mg/120 mg | Allegra-D | |
| Finasteride | Tablets | 1 mg | Propecia | |
| Finasteride | Tablets | 5 mg | Proscar | |
| Flecainide Acetate | Tablets | 50 mg, 100 mg and 150 mg | Tambocor | |

| | | | | |
|---|---|---|---|---|
| Fluconazole | For Oral Suspension | 50 mg/5 mL and 200 mg/5 mL | Diflucan for Oral Suspension | |
| Fluconazole | Tablets | 50 mg, 100 mg, 150 mg and 200 mg | Diflucan | |
| Flunisolide | Nasal Solution | 0.025% | Nasalide | |
| Fluocinonide | Ointment | 0.05% | Lidex | |
| Fluoxetine Hydrochloride | Tablets | 10 mg and 20 mg | Prozac | |
| Fluoxetine Hydrochloride | Capsules | 10 mg, 20 mg and 40 mg | Prozac | |
| Fluoxetine Hydrochloride | Delayed-release Capsules | 90 mg | Prozac Weekly | |
| Fluoxetine Hydrochloride | Oral Solution | 20 mg (base)/5 mL | Prozac | |
| Fluoxetine Hydrochloride | Capsules | 10 mg and 20 mg | Sarafem | |
| Flutamide | Capsules | 125 mg | Eulexin | |
| Fosinopril Sodium | Tablets | 10 mg, 20 mg and 40 mg | Monopril | |
| Fosinopril Sodium and Hydrochlorothiazide | Tablets | 10 mg/12.5 mg and 20 mg/12.5 mg | Monopril HCT | |
| Gabapentin | Capsules | 100 mg, 300 mg and 400 mg | Neurontin | |
| Gabapentin | Oral Solution | 250 mg/5 mL | Neurontin | |
| Gabapentin | Tablets | 100 mg, 300 mg and 400 mg | Neurontin | |
| Gabapentin | Tablets | 600 mg and 800 mg | Neurontin | |
| Galantamine Hydrobromide | Extended-release Capsules | 8 mg | Razadyne ER | 3/2/2006 |
| Galantamine Hydrobromide | Extended-release Capsules | 16 mg and 24 mg | Razadyne ER | 3/11/2006 |
| Galantamine Hydrobromide | Tablets | 4 mg, 8 mg | Razadyne | 2/28/2005 |

Paragraph IV Patent Certifications

| | | and 12 mg | | |
|---|---|---|---|---|
| Ganciclovir Sodium | Capsules | 250 mg and 500 mg | Cytovene | |
| Gatifloxacin | Injection | 10 mg/mL, 20 mL and 40 mL vials | Tequin | 11/24/2004 |
| Gatifloxacin | Tablets | 200 mg and 400 mg | Tequin | |
| Gatifloxacin in Dextrose 5% in Plastic Container | Injection | 2 mg/mL, 100 mL and 200 mL containers (plastic) | Tequin | 12/13/2004 |
| Gemcitabine | For Injection | 200 mg/vial | Gemzar | 11/1/2005 |
| Gemcitabine | For Injection | 1g/vial | Gemzar | 11/14/2005 |
| Glipizide | Extended-release Tablets | 2.5 mg, 5 mg and 10 mg | Glucotrol XL | |
| Glyburide | Tablets | 1.5 mg, 3 mg, 4.5 mg and 6 mg | Glynase | |
| Glyburide/ Metformin Hydrochloride | Tablets | 1.25mg/250 mg, 2.5 mg/500 mg and 5 mg/500 mg | Glucovance | |
| Granisetron Hydrochloride | Injection | 1 mg/mL, 1 mL vials | Kytril | 6/1/2004 |
| Granisetron Hydrochloride | Injection | 1 mg/mL, 4 mL multi-dose vials | Kytril | 7/19/2004 |
| Hydrocodone Bitartrate and Ibuprofen | Tablets | 2.5 mg/200 mg | Vicoprofen | 2/24/2006 |
| Hydrocodone Bitartrate and Ibuprofen | Tablets | 5 mg/200 mg | Vicoprofen | 5/27/2005 |
| Hydrocodone Bitartrate and Ibuprofen | Tablets | 7.5 mg/200 mg | Vicoprofen | |
| Hydrocodone Bitartrate and Ibuprofen | Tablets | 10 mg/200 mg | Vicoprofen | |
| Ibuprofen | Oral Drops | 40 mg/mL | Children's Motrin Drops | |
| Ibuprofen | Oral Suspension | 100 mg/5 mL (Rx) | Motrin | |

| Ibuprofen | Oral Suspension | 100 mg/5 mL (OTC) | Children's Motrin | |
| Ibuprofen | Chewable Tablets | 50 mg and 100 mg | Children's Motrin, Junior Strength Motrin | |
| Ibuprofen Potassium and Pseudoephedrine Hydrochloride | Capsules | 200 mg/30 mg | Advil Cold and Sinus | 12/27/2004 |
| Ibuprofen and Pseudoephedrine Hydrochloride | Oral Suspension | 100 mg/ 15 mg per 5 mL | Children's Motrin Cold | |
| Ibuprofen and Pseudoephedrine Hydrochloride | Tablets | 200 mg/30 mg | Advil Cold and Sinus | |
| Ifosfamide | For Injection | 1 g/vial and 3 g/vial | Ifex | |
| Ifosfamide | Injection | 50 mg/mL, 20 mL vials and 60 mL vials | Ifex | |
| Ifosfamide/ Mesna | For Injection/ Injection Kit | 1 g/vial; 100 mg/mL, 10 mL vials and 3 g/vial; 100 mg/mL, 10 mL vials | Ifex/ Mesnex Kit | |
| Ifosfamide/ Mesna | Injection/ Injection Kit | 50 mg/mL, 20 mL and 60 mL vials; 100 mg/mL, 10 mL vial | Ifex/ Mesnex Kit | |
| Indomethacin | Extended-release Capsules | 75 mg | Indocin SR | |
| Irbesartan | Tablets | 75 mg, 150 mg and 300 mg | Avapro | 5/25/2004 |
| Irbesartan and Hydrochlorothiazide | Tablets | 150 mg/12.5 mg and 300 mg/12.5 mg | Avalide | 11/10/2004 |
| Irinotecan Hydrochloride | Injection | 20 mg/mL, 2 mL and 5 mL vials | Camptosar | 7/26/2004 |
| Itraconazole | Capsules | 100 mg | Sporanox | |
| Ketoprofen | Capsules | 25 mg, 50 mg and 75 mg | Orudis | |

| Ketorolac Tromethamine | Injection | 15 mg/mL and 30 mg/mL | Toradol | |
| Ketorolac Tromethamine | Ophthalmic Solution | 0.5% | Acular | |
| Ketorolac Tromethamine | Ophthalmic Solution | 0.4% | Acular LS | 1/28/2005 |
| Ketorolac Tromethamine | Tablets | 10 mg | Toradol | |
| Ketotifen Fumarate | Ophthalmic Solution | 0.025% | Zaditor | 12/23/2004 |
| Lactulose | Oral Syrup | 10 g/15 mL | Cephulac | |
| Lactulose | Oral Syrup | 10 g/15 mL | Chronulac | |
| Lamotrigine | Tablets | 25 mg, 100 mg, 150 mg and 200 mg | Lamictal | |
| Lamotrigine | Chewable Tablets | 2 mg, 5 mg and 25 mg | Lamictal CD | |
| Latanoprost | Ophthalmic Solution | 0.005% | Xalatan | |
| Lansoprazole | Delayed-release Pellets/Capsules | 15 mg and 30 mg | Prevacid | 12/05/2005 |
| Letrozole | Tablets | 2.5 mg | Femara | 3/2/2006 |
| Leuprolide Acetate | Injection (depot) | 7.5 mg/vial | Lupron Depot | |
| Levalbuterol Hydrochloride | Inhalation Solution | 0.0103%, 0.021% and 0.042% | Xopenex | 6/20/2005 |
| Levetiracetam | Tablets | 250 mg, 500 mg and 750 mg | Keppra | |
| Levofloxacin | Injection | 5 mg/mL; 50 mL, 100 mL and 150 mL vials | Levaquin in Dextrose 5% in Plastic Container | |
| Levofloxacin | Injection | 25 mg/mL | Levaquin | |
| Levofloxacin | Ophthalmic Solution | 0.5% | Quixin | |
| Levofloxacin | Tablets | 250 mg, 500 mg and 750 mg | Levaquin | |
| Levonorgestrel and Ethinyl Estradiol | Tablets | 0.15 mg/0.03 mg | Seasonale | 3/29/2004 |

| Levothyroxine Sodium | Tablets | 0.025 mg, 0.05 mg, 0.075 mg, 0.088 mg, 0.1 mg, 0.112 mg, 0.125 mg, 0.150 mg, 0.175 mg, 0.2 mg and 0.3 mg | Levoxyl | |
| Linezolid | Tablets | 600 mg | Zyvox | 12/21/2005 |
| Loperamide HCl and Simethicone | Chewable Tablets | 2 mg/125 mg | Imodium Advanced | |
| Loperamide HCl and Simethicone | Tablets | 2 mg/125 mg | Imodium Advanced | 12/29/2004 |
| Loratadine | Syrup | 1 mg/mL | Claritin | |
| Loratadine | Tablets | 10 mg | Claritin | |
| Loratadine | Orally Disintegrating Tablets | 10 mg | Claritin RediTabs | |
| Loratadine/ Pseudoephedrine | Extended-release Tablets | 5 mg/120 mg | Claritin D-12 hour | |
| Loratadine/ Pseudoephedrine | Extended-release Tablets | 10 mg/240 mg | Claritin D-24 hour | |
| Losartan Potassium | Tablets | 25 mg, 50 mg, and 100 mg | Cozaar | |
| Losartan Potassium and Hydrochlorothiazide | Tablets | 50 mg/12.5 mg and 100 mg/25 mg | Hyzaar | 5/24/2004 |
| Losartan Potassium and Hydrochlorothiazide | Tablets | 100 mg/12.5 mg | Hyzaar | 4/4/2006 |
| Mefloquine Hydrochloride | Tablets | 250 mg | Lariam | |
| Megestrol Acetate | Oral Suspension | 40 mg/mL | Megace | |
| Metaxalone | Tablets | 400 mg | Skelaxin | |
| Metaxalone | Tablets | 800 mg | Skelaxin | 11/4/2004 |
| Metformin Hydrochloride | Extended-release Tablets | 500 mg | Glucophage XR | |
| Metformin Hydrochloride | Extended-release Tablets | 750 mg | Glucophage XR | |
| Methylphenidate Hydrochloride | Extended-release | 10 mg, 20 mg and 30 mg | Metadate CD | 5/13/2005 |

Paragraph IV Patent Certifications

| | Capsules | | | |
|---|---|---|---|---|
| Methylphenidate Hydrochloride | Extended-release Tablets | 18 mg, 27 mg, 36 mg and 54 mg | Concerta | 7/19/2005 |
| Metoclopramide Hydrochloride | Injection | 5 mg/mL, 2 mL, 10 mL, 20 mL and 30 mL vials | Reglan | |
| Metoprolol Succinate | Extended-release Tablets | 25 mg, 50 mg, 100 mg and 200 mg | Toprol XL | |
| Metronidazole | Vaginal Gel | 0.75% | MetroGel-Vaginal | 9/2/2004 |
| Mirtazapine | Tablets | 7.5 mg, 15 mg, 30 mg, and 45 mg | Remeron | |
| Mirtazapine | Orally Disintegrating Tablets | 15 mg, 30 mg and 45 mg | Remeron SolTab | |
| Modafinil | Tablets | 100 mg and 200 mg | Provigil | |
| Moexipril Hydrochloride | Tablets | 7.5 mg and 15 mg | Univasc | |
| Moexipril Hydrochloride and Hydrochlorothiazide | Tablets | 7.5mg/12.5mg 15 mg/25 mg and 15 mg/12.5 mg | Uniretic | 1/15/2004 |
| Mometasone Furoate | Topical Solution (Cream) | 0.1% | Elocon | |
| Mometasone Furoate | Topical Solution (Lotion) | 0.1% | Elocon | 6/10/2004 |
| Moxifloxacin Hydrochloride | Ophthalmic Solution/Drops | 0.5% | Vigamox | 12/22/2005 |
| Moxifloxacin Hydrochloride | Tablets | 400 mg | Avelox | |
| Nabumetone | Tablets | 500 mg and 750 mg | Relafen | |
| Naproxen Sodium | Extended-release Tablets | 375 mg (base) and 500 mg (base) | Naprelan | |
| Nateglinide | Tablets | 60 mg and 120 mg | Starlix | 12/22/2004 |

Paragraph IV Patent Certifications

| Nefazodone HCl | Tablets | 50 mg, 100 mg, 150 mg 200 mg and 250 mg | Serzone | |
| Niacin | Extended-release Tablets | 500 mg, 750 mg and 1000 mg | Niaspan | |
| Nicotine | Transdermal System | 7 mg/day, 14 mg/day and 21 mg/day | Habitrol | |
| Nicotine Polacrilex | Troche/Lozenge | 2 mg and 4 mg | Commit | |
| Nifedipine | Capsules | 10 mg and 20 mg | Procardia | |
| Nifedipine | Extended-release Tablets | 30 mg, 60 mg and 90 mg | Adalat CC | |
| Nifedipine | Extended-release Tablets | 30 mg, 60 mg and 90 mg | Procardia XL | |
| Nitrofurantoin Monohydrate/ Macrocrystals | Capsules | 75 mg/25 mg | Macrobid | |
| Nitroglycerin | Sublingual Tablets | 0.3 mg, 0.4 mg and 0.6 mg | Nitrostat | 10/19/2005 |
| Nitroglycerin | Transdermal System | 0.1 mg/hr | Transderm-Nitro | |
| Nitroglycerin | Transdermal System | 0.1 mg/hr, 0.2 mg/hr, 0.3 mg/hr, 0.4 mg/hr, 0.6 mg/hr and 0.8 mg/hr | Nitro-dur | |
| Nizatidine | Capsules | 150 mg and 300 mg | Axid | |
| Norethindrone/ Ethinyl Estradiol | Tablets | 0.5 mg/ 0.035 mg, 0.75 mg/ 0.035 mg and 1 mg /0.035 mg | Ortho-Novum 7/7/7, 21 and 28 day | |
| Norethindrone Acetate/ Ethinyl Estradiol | Tablets | 1 mg/0.005 mg | Femhrt | |
| Norethindrone Acetate/ Ethinyl Estradiol | Tablets | 1 mg/ 0.02 mg, 1 mg/0.03 mg and 1 mg /0.035 mg | Estrostep Fe | |

Paragraph IV Patent Certifications

| Norethindrone Acetate/ Ethinyl Estradiol | Tablets | 1 mg/0.02 mg, 1 mg/ 0.03 mg and 1 mg /0.035 mg | Estrostep 21 | |
|---|---|---|---|---|
| Norethindrone Acetate/ Ethinyl Estradiol and Ferrous Fumarate New!! | Tablets New!! | 1 mg/0.02 mg and 75 mg New!! | Loestrin 24 Fe New!! | 4/17/2006 New!! |
| Norgestimate/ Ethinyl Estradiol | Tablets | 0.18 mg /0.025 mg, 0.215 mg /0.025 mg and 0.25 mg /0.025 mg | Ortho Tri-Cyclen Lo, 28 day | |
| Norgestimate/ Ethinyl Estradiol | Tablets | 0.18 mg /0.035 mg, 0.215 mg /0.035 mg and 0.25 mg /0.035 mg | Ortho Tri-Cyclen, 21 and 28 day | |
| Nortriptyline Hydrochloride | Capsules | 10 mg, 25 mg, 50 mg and 75 mg | Pamelor | |
| Octreotide Acetate | Injection | 0.05 mg /mL, 0.1 mg /mL and 0.5 mg/mL, 1 mL vials | Sandostatin (Preservative-free) | |
| Octreotide Acetate | Injection | 0.2 mg/mL and 1 mg /mL, 5 mL vials | Sandostatin | |
| Ofloxacin | Otic Solution | 0.3% | Floxin | |
| Olanzapine | Tablets | 2.5 mg, 5 mg, 7.5 mg, 10 mg and 15 mg | Zyprexa | |
| Olanzapine | Tablets | 20 mg | Zyprexa | |
| Olanzapine | Orally Disintegrating Tablets | 5 mg, 10 mg, 15 mg and 20 mg | Zyprexa Zydis | |
| Olanzapine and Fluoxetine Hydrochloride | Capsules | 6 mg/25 mg, 12 mg/25 mg, 6 mg/50 mg and 12 mg/50 mg | Symbyax | 1/10/2005 |
| Olmesartan Medoxomil New!! | Tablets New!! | 5 mg, 20 mg and 40 mg | Benicar New!! | 4/25/2006 New!! |

| | | New!! | | |
|---|---|---|---|---|
| Omeprazole | Delayed-release Capsules | 10 mg, 20 mg and 40 mg | Prilosec | |
| Ondansetron Hydrochloride | Injection | 2 mg/mL, 2 mL vials (Preservative-free) | Zofran | |
| Ondansetron Hydrochloride | Injection | 2 mg/mL, 20 mL vials | Zofran | |
| Ondansetron Hydrochloride | Injection | 0.64 mg/mL, 50 mL container (plastic) | Zofran in Plastic Container | |
| Ondansetron Hydrochloride | Oral Solution | 4 mg/5 mL | Zofran | 12/20/2004 |
| Ondansetron Hydrochloride | Orally Disintegrating Tablets | 4 mg and 8 mg | Zofran ODT | |
| Ondansetron Hydrochloride | Tablets | 4 mg, 8 mg, 16 mg and 24 mg | Zofran | |
| Oxazepam | Capsules | 10 mg, 15 mg and 30 mg | Serax | |
| Oxcarbazepine | Tablets | 150 mg, 300 mg and 600 mg | Trileptal | 5/3/2006 |
| Oxybutynin Chloride | Extended-release Tablets | 5 mg, 10 mg and 15 mg | Ditropan XL | |
| Oxycodone | Extended-release Tablets | 10 mg, 20 mg, 40 mg, 80 mg and 160 mg | Oxycontin | |
| Paclitaxel | Injection | 6 mg/mL, 5 mL, 16.7 mL, 25 mL, 33.3 mL and 50 mL vials | Taxol | |
| Pamidronate Disodium | For Injection | 30 mg/vial, 60 mg/vial and 90 mg/vial | Aredia | |
| Pamidronate Disodium | Injection | 30 mg/vial, 60 mg/vial and 90 mg/vial | Aredia | |
| Pantoprazole Sodium | For Injection | 40 mg/vial | Prontonix IV | 4/7/2005 |

| Pantoprazole Sodium | Delayed-release Tablets | 20 mg and 40 mg | Protonix | 2/2/2004 |
|---|---|---|---|---|
| Paroxetine Hydrochloride | Capsules | 10 mg and 20 mg | Paxil | |
| Paroxetine Hydrochloride | Oral Suspension | 10 mg/5 mL | Paxil | 2/10/2005 |
| Paroxetine Hydrochloride | Tablets | 10 mg, 20 mg, 30 mg and 40 mg | Paxil | |
| Paroxetine Hydrochloride | Extended-release Tablets | 25 mg | Paxil CR | 9/9/2005 |
| Pergolide Mesylate | Tablets | 0.05 mg, 0.25 mg and 1 mg | Permax | |
| Pioglitazone Hydrochloride | Tablets | 15 mg, 30 mg and 45 mg | Actos | |
| Polyethylene Glycol 3350 | Powder for Oral Solution | 17g/Scoopful | Miralax | |
| Potassium Chloride | Extended-release Capsules | 8 mEq and 10 mEq | Micro K | |
| Potassium Chloride | Extended-release Tablets | 10 mEq and 20 mEq | K-Dur | |
| Pramipexole Dihydrochloride | Tablets | 0.25 mg | Mirapex | 5/27/2005 |
| Pramipexole Dihydrochloride | Tablets | 0.125 mg, 0.5 mg, 1 mg and 1.5 mg | Mirapex | 6/24/2005 |
| Pravastatin Sodium | Tablets | 10 mg, 20 mg, 40 mg and 80 mg | Pravachol | |
| Pravastatin Sodium | Tablets | 30 mg | Pravachol | 6/1/2005 |
| Prazosin Hydrochloride | Capsules | 1 mg, 2 mg and 5 mg | Minipress | |
| Prednisolone Sodium Phosphate | Oral Solution | 5 mg(base)/ 5 mL and 15 mg (base)/ 5 mL | Pediapred | |
| Propofol | Injection | 10 mg/mL ; 20 mL, 50 mL and 100 mL vials and 20 mL syringe | Diprivan | |
| Propranolol Hydrochloride | Extended- | 60 mg, 80 mg, | Inderal LA | |

| | release Capsules | 120 mg and 160 mg | | |
|---|---|---|---|---|
| Quetiapine Fumarate | Tablets | 25 mg | Seroquel | 8/12/2005 |
| Quetiapine Fumarate | Tablets | 100 mg, 200 mg and 300 mg | Seroquel | 2/21/2006 |
| Quinapril Hydrochloride | Tablets | 5 mg, 10 mg, 20 mg and 40 mg | Accupril | |
| Quinapril Hydrochloride/ Hydrochlorothiazide | Tablets | 10 mg/12.5 mg, 20 mg/12.5 mg and 20mg/25 mg | Accuretic | |
| Rabeprazole Sodium | Delayed-release Tablets | 20 mg | Aciphex | |
| Raloxifene Hydrochloride | Tablets | 60 mg | Evista | |
| Ramipril | Capsules | 1.25 mg, 2.5 mg, 5 mg and 10 mg | Altace | |
| Ranitidine | Capsules | 150 mg and 300 mg | Zantac | |
| Ranitidine | Injection | 25 mg/mL, 2 mL and 6 mL and 40 mL vials | Zantac | |
| Ranitidine | Oral Solution | 15 mg/mL | Zantac | |
| Ranitidine | Tablets | 75 mg, 150 mg and 300 mg | Zantac | |
| Repaglinide | Tablets | 0.5 mg, 1 mg and 2 mg | Prandin | 2/10/2005 |
| Ribavirin | Capsules | 200 mg | Rebetol | |
| Risedronate Sodium | Tablets | 5 mg, 30 mg and 35 mg | Actonel | 4/23/2004 |
| Risperidone | Oral Solution | 1 mg/mL | Risperdal | |
| Risperidone | Tablets | 0.25 mg, 1 mg, 2 mg, 3 mg and 4 mg | Risperdal | |
| Risperidone | Orally Disintegrating Tablets | 0.5 mg, 1 mg and 2 mg | Risperdal | |

Paragraph IV Patent Certifications

| Risperidone | Orally Disintegrating Tablets | 0.25 mg | Risperdal | 6/27/2005 |
|---|---|---|---|---|
| Rivastigmine Tartrate | Capsules | 1.5 mg, 3 mg, 4.5 mg and 6 mg | Exelon | 4/21/2004 |
| Rivastigmine Tartrate | Oral Solution | 2 mg/mL | Exelon | 11/5/2004 |
| Rizatriptan Benzoate | Tablets | 5 mg and 10 mg | Maxalt | 9/2/2004 |
| Rizatriptan Benzoate | Orally Disintegrating Tablets | 5 mg and 10 mg | Maxalt-MLT | 2/17/2006 |
| Rofecoxib | Tablets | 12.5 mg, 25 mg and 50 mg | Vioxx | |
| Ropinirole Hydrochloride | Tablets | 0.25 mg, 0.5 mg, 1 mg and 2 mg | Requip | 12/22/2004 |
| Ropinirole Hydrochloride | Tablets | 3 mg, 4 mg and 5 mg | Requip | 2/4/5005 |
| Rosiglitazone Maleate | Tablets | 2 mg, 4 mg and 8 mg | Avandia | |
| Rosiglitazone Maleate and Metformin Hydrochloride | Tablets | 1 mg/ 500 mg, 2 mg/ 500mg, 4 mg/ 500 mg, 2 mg/ 1000 mg and 4 mg/ 1000 mg | Avandamet | 10/22/2004 |
| Sertraline Hydrochloride | Oral Concentrate | 20 mg/mL | Zoloft | |
| Sertraline Hydrochloride | Tablets | 25 mg, 50 mg and 100 mg | Zoloft | |
| Sertraline Hydrochloride | Tablets | 150 mg and 200 mg | Zoloft | 11/9/2005 |
| Sevoflurane | Inhalation | 100%, 250 mL | Ultane | |
| Sildenafil Citrate | Tablets | 25 mg and 50 mg | Viagra | 11/19/2004 |
| Sildenafil Citrate | Tablets | 100 mg | Viagra | 10/25/2004 |
| Silver Sulfadiazine | Cream | 1% | Silvadene | |
| Simvastatin | Tablets | 5 mg, 10 mg, 20 mg, 40 mg and 80 mg | Zocor | |

| Sumatriptan Succinate | Injection | 6 mg/0.5 mL, 0.5 mL vials | Imitrex | 10/25/2004 |
|---|---|---|---|---|
| Sumatriptan Succinate | Tablets | 25 mg, 50 mg and 100 mg | Imitrex | |
| Tamoxifen Citrate | Tablets | 10 mg and 20 mg | Nolvadex | |
| Tamsulosin Hydrochloride | Capsules | 0.4 mg | Flomax | 12/20/2004 |
| Terazosin Hydrochloride | Capsules | 1 mg, 2 mg, 5 mg and 10 mg | Hytrin | |
| Terazosin Hydrochloride | Tablets | 1 mg, 2 mg, 5 mg and 10 mg | Hytrin | |
| Terbinafine Hydrochloride | Tablets | 250 mg | Lamisil | |
| Terfenadine | Tablets | 60 mg | Seldane | |
| Testosterone | Gel | 1% | Androgel | |
| Tiagabine Hydrochloride | Tablets | 2 mg and 4 mg | Gabitril | 2/1/2005 |
| Ticlopidine Hydrochloride | Tablets | 250 mg | Ticlid | |
| Timolol Maleate | Ophthalmic Solution | 0.25% and 0.5% | Timoptic | |
| Tolterodine Tartrate | Tablets | 1 mg and 2 mg | Detrol | |
| Topiramate | Capsules | 15 mg and 25 mg | Topamax Sprinkle | 9/7/2005 |
| Topiramate | Tablets | 25 mg, 100 mg and 200 mg | Topamax | 12/26/2001 |
| Topiramate | Tablets | 50 mg | Topamax | 9/8/2005 |
| Torsemide | Tablets | 5 mg, 10 mg, 20 mg, and 100 mg | Demadex | |
| Tramadol Hydrochloride | Tablets | 50 mg | Ultram | |
| Trandolapril | Tablets | 1 mg, 2 mg and 4 mg | Mavik | 10/4/2004 |
| Trazodone Hydrochloride | Tablets | 150 mg | Desyrel | |
| Tretinoin | Cream | 0.025%, 0.05% and 0.1% | Retin-A | |
| Tretinoin | Gel | 0.025% | Retin-A | |
| Triamcinolone Acetonide | Nasal Spray | 0.055 mg/Spray | Nasacort AQ | 12/29/2005 |
| Triamterene/ Hydrochlorothiazide | Tablets | 37.5 mg/25 mg | Maxzide | |

| | | and 75 mg/50 mg | | |
|---|---|---|---|---|
| Valganciclovir Hydrochloride | Tablets | 450 mg | Valcyte | 12/27/2005 |
| Valsartan | Tablets | 40 mg, 80 mg, 160 mg and 320 mg | Diovan | 12/28/2004 |
| Valacyclovir Hydrochloride | Tablets | 500 mg and 1 g | Valtrex | |
| Valsartan and Hydrochlorothiazide | Tablets | 80 mg/12.5 mg, 160 mg/12.5 mg and 160 mg/25 mg | Diovan HCT | 12/2/2005 |
| Venlafaxine Hydrochloride | Extended-release Capsules | 37.5 mg, 75 mg and 150 mg | Effexor XR | |
| Venlafaxine Hydrochloride | Tablets | 25 mg, 37.5 mg, 50 mg, 75 mg and 100 mg | Effexor | 11/03/2005 |
| Vecuronium Bromide | For Injection | 10 mg/vial and 20 mg/vial | Norcuron | |
| Verapamil Hydrochloride | Extended-release Capsules | 120 mg, 180 mg and 240 mg | Verelan SR | |
| Verapamil Hydrochloride | Extended-release Tablets | 180 mg | Isoptin SR | |
| Verapamil Hydrochloride | Extended-release Tablets | 240 mg | Covera HS | |
| Vincristine Sulfate | Injection | 1 mg/mL, 1 mL, 2 mL and 5 mL vials | Oncovin | |
| Zaleplon | Capsules | 5 mg and 10 mg | Sonata | 6/21/2005 |
| Zidovudine | Capsules | 100 mg | Retrovir | |
| Ziprasidone Hydrochloride | Capsules | 20 mg, 40 mg, 60 mg and 80 mg | Geodon | 2/7/2005 |
| Zolpidem Tartrate | Extended-release Tablets | 6.25 mg> | Ambien CR | 2/24/2006 |
| Zolpidem Tartrate | Extended- | 12.5 mg | Ambien CR | 1/19/2006 |

| | release Tablets | | | |
|---|---|---|---|---|

↑Back to Top    ↖Back to OGD

Date created: February 16, 2005; Updated June 22, 2006

CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research

# EXHIBIT D

# CONFIDENTIAL – FILED UNDER SEAL

EXHIBIT E

FINAL

## WYETH
### WORLDWIDE NET REVENUE BY PRODUCT
### THREE MONTHS ENDED MARCH 31, 2006
($000's)
(UNAUDITED)

| | DOMESTIC | | | | INTERNATIONAL | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1ST QTR 2006 | 1ST QTR 2005 | DOLLAR CHANGE | PERCENT CHANGE | 1ST QTR 2006 | 1ST QTR 2005 | DOLLAR CHANGE | PERCENT CHANGE | 1ST QTR 2006 | 1ST QTR 2005 | DOLLAR CHANGE | PERCENT CHANGE |
| *Wyeth Pharmaceuticals* | | | | | | | | | | | | |
| EFFEXOR | $ 622,112 | $ 576,131 | $ 45,981 | 8.0% | $ 322,537 | $ 292,368 | $ 30,169 | 10.3% | $ 944,649 | $ 868,499 | $ 76,150 | 8.8% |
| PROTONIX | 481,572 | 409,444 | 72,128 | 17.6% | - | - | - | N/A | 481,572 | 409,444 | 72,128 | 17.6% |
| PREVNAR | 258,771 | 260,057 | (1,286) | -0.5% | 172,787 | 130,999 | 41,788 | 31.9% | 431,558 | 391,056 | 40,502 | 10.4% |
| ENBREL | - | - | - | N/A | 335,355 | 236,971 | 98,384 | 41.5% | 335,355 | 236,971 | 98,384 | 41.5% |
| NUTRITIONALS | 1,360 | 4,240 | (2,880) | -67.9% | 287,173 | 250,246 | 36,927 | 14.8% | 288,533 | 254,486 | 34,047 | 13.4% |
| PREMARIN FAMILY | 241,166 | 174,829 | 66,337 | 37.9% | 24,403 | 36,084 | (11,681) | -32.4% | 265,569 | 210,913 | 54,656 | 25.9% |
| ZOSYN/TAZOCIN | 127,378 | 115,994 | 11,384 | 9.8% | 111,042 | 113,261 | (2,219) | -2.0% | 238,420 | 229,255 | 9,165 | 4.0% |
| CONTRACEPTIVES | 21,203 | 23,699 | (2,496) | -10.5% | 105,879 | 116,323 | (10,444) | -9.0% | 127,082 | 140,022 | (12,940) | -9.2% |
| BENEFIX | 76,619 | 77,198 | (579) | -0.8% | 13,033 | 11,703 | 1,330 | 11.4% | 89,652 | 88,901 | 751 | 0.8% |
| RAPAMUNE | 44,410 | 42,554 | 1,856 | 4.4% | 31,364 | 29,579 | 1,785 | 6.0% | 75,774 | 72,133 | 3,641 | 5.0% |
| REFACTO | 13,975 | 11,259 | 2,716 | 24.1% | 53,319 | 52,289 | 1,030 | 2.0% | 67,294 | 63,548 | 3,746 | 5.9% |
| BMP-2 | 64,488 | 51,249 | 13,239 | 25.8% | 792 | 343 | 449 | 130.9% | 65,280 | 51,592 | 13,688 | 26.5% |
| ZOTON | - | - | - | N/A | 40,505 | 124,073 | (83,568) | -67.4% | 40,505 | 124,073 | (83,568) | -67.4% |
| TYGACIL | 9,644 | - | 9,644 | N/A | 510 | - | 510 | N/A | 10,154 | - | 10,154 | N/A |
| *subtotal* | *1,962,698* | *1,746,654* | *216,044* | *12.4%* | *1,498,699* | *1,394,239* | *104,460* | *7.5%* | *3,461,397* | *3,140,893* | *320,504* | *10.2%* |
| OTHER PHARMACEUTICALS | 73,567 | 96,604 | (23,037) | -23.8% | 246,445 | 283,996 | (37,551) | -13.2% | 320,012 | 380,600 | (60,588) | -15.9% |
| ALLIANCE REVENUE | 219,742 | 167,344 | 52,398 | 31.3% | 34,361 | 28,632 | 5,729 | 20.0% | 254,103 | 195,976 | 58,127 | 29.7% |
| **TOTAL WYETH PHARMACEUTICALS** | $ 2,256,007 | $ 2,010,602 | $ 245,405 | 12.2% | $ 1,779,505 | $ 1,706,867 | $ 72,638 | 4.3% | $ 4,035,512 | $ 3,717,469 | $ 318,043 | 8.6% |
| FORT DODGE | 116,145 | 117,321 | (1,176) | -1.0% | 132,094 | 127,418 | 4,676 | 3.7% | 248,239 | 244,739 | 3,500 | 1.4% |
| **TOTAL PHARMACEUTICALS** | $ 2,372,152 | $ 2,127,923 | $ 244,229 | 11.5% | $ 1,911,599 | $ 1,834,285 | $ 77,314 | 4.3% | $ 4,283,751 | $ 3,962,208 | $ 321,543 | 8.1% |
| *Wyeth Consumer Healthcare* | | | | | | | | | | | | |
| CENTRUM | 81,854 | 66,416 | 15,438 | 23.2% | 75,768 | 74,422 | 1,346 | 1.8% | 157,622 | 140,838 | 16,784 | 11.9% |
| ADVIL | 102,099 | 94,133 | 7,966 | 8.5% | 40,436 | 34,005 | 6,431 | 18.9% | 142,535 | 128,138 | 14,397 | 11.2% |
| CALTRATE | 14,891 | 16,307 | (1,416) | -8.7% | 31,832 | 28,680 | 3,152 | 11.0% | 46,723 | 44,987 | 1,736 | 3.9% |
| ROBITUSSIN | 22,307 | 49,109 | (26,802) | -54.6% | 10,480 | 11,424 | (944) | -8.3% | 32,787 | 60,533 | (27,746) | -45.8% |
| PREPARATION H | 18,852 | 19,903 | (1,051) | -5.3% | 4,660 | 6,136 | (1,476) | -24.1% | 23,512 | 26,039 | (2,527) | -9.7% |
| CHAPSTICK | 18,487 | 22,141 | (3,654) | -16.5% | 3,320 | 4,463 | (1,143) | -25.6% | 21,807 | 26,604 | (4,797) | -18.0% |
| ADVIL COLD & SINUS | 2,031 | 18,341 | (16,310) | -89.0% | 8,609 | 8,955 | (346) | -3.9% | 10,640 | 27,296 | (16,856) | -61.3% |
| OTHER | 34,877 | 65,759 | (30,882) | -47.0% | 83,083 | 96,396 | (12,713) | -13.3% | 118,560 | 162,155 | (43,595) | -26.9% |
| ***TOTAL CONSUMER HEALTHCARE*** | *295,398* | *352,309* | *(56,911)* | *(16.2)%* | *258,788* | *264,481* | *(5,693)* | *(2.2)%* | *554,186* | *616,790* | *(62,604)* | *(10.1)%* |
| *Wyeth* | | | | | | | | | | | | |
| **TOTAL PHARMACEUTICALS** | $ 2,372,152 | $ 2,127,923 | $ 244,229 | 11.5% | $ 1,911,599 | $ 1,834,285 | $ 77,314 | 4.2% | $ 4,283,751 | $ 3,962,208 | $ 321,543 | 8.1% |
| **TOTAL CONSUMER HEALTHCARE** | 295,398 | 352,309 | (56,911) | -16.2% | 258,788 | 264,481 | (5,693) | -2.2% | 554,186 | 616,790 | (62,604) | -10.1% |
| ***TOTAL WYETH*** | $ 2,667,550 | $ 2,480,232 | $ 187,318 | 7.6% | $ 2,170,387 | $ 2,098,766 | $ 71,621 | 3.4% | $ 4,837,937 | $ 4,578,998 | $ 258,939 | 5.7% |

Note: Certain reclassification adjustments have been made in 2005 in order to conform to the 2006 presentation.

FINAL

WYETH PHARMACEUTICALS
PREMARIN FAMILY
NET REVENUE
(UNAUDITED)

## THREE MONTHS ENDED MARCH 31, 2006

|  | 2006 | 2005 | $ Chg | % Chg | 2006 % of Total |
|---|---|---|---|---|---|
| **Domestic:** |  |  |  |  |  |
| Premarin | $ 191,758 | $ 119,967 | $ 71,791 | 59.8% | 79.5% |
| Prempro/phase | 49,408 | 54,862 | (5,454) | -9.9% | 20.5% |
| Premarin Family | 241,166 | 174,829 | 66,337 | 37.9% | 100.0% |
|  |  |  |  |  |  |
| **International:** |  |  |  |  |  |
| Premarin | 16,789 | 22,230 | (5,441) | -24.5% | 68.8% |
| Prempro/phase | 7,614 | 13,854 | (6,240) | -45.0% | 31.2% |
| Premarin Family | 24,403 | 36,084 | (11,681) | -32.4% | 100.0% |
|  |  |  |  |  |  |
| **Total:** |  |  |  |  |  |
| Premarin | 208,547 | 142,197 | 66,350 | 46.7% | 78.5% |
| Prempro/phase | 57,022 | 68,716 | (11,694) | -17.0% | 21.5% |
| Premarin Family | $ 265,569 | $ 210,913 | $ 54,656 | 25.9% | 100.0% |

EXHIBIT F

**PROSKAUER ROSE LLP**
Judson L. Hand (JH-1189)
One Newark Center, 18th Floor
Newark, NJ 07102
973-274-3200

Attorneys for Defendants
Sun Pharmaceutical Industries Ltd. and
Sun Pharmaceutical Advanced Research Centre

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALTANA PHARMA AG and WYETH, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SUN PHARMACEUTICAL INDUSTRIES )<br>LTD. and SUN PHARMACEUTICAL )<br>ADVANCED RESEARCH CENTRE )<br><br><br>Defendants. )<br> ) | Civil Action No.: 05-1966 (JLL) |

## SUN PHARMACEUTICAL INDUSTRIES LTD. AND SUN
## PHARMACEUTICAL ADVANCED RESEARCH CENTRE'S
## ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Defendants Sun Pharmaceutical Industries Ltd. and Sun Pharmaceutical Advanced

Research Centre (hereinafter collectively "Sun"), by their attorneys, for their Answer respond as

follows:

## THE PARTIES

1.      Sun is without information sufficient to form a belief as to the truth or falsity of the allegations in ¶ 1 of the Complaint and therefore denies them.

2.      Sun is without information sufficient to form a belief as to the truth or falsity of the allegations in ¶ 2 of the Complaint and therefore, denies them.

3.      Paragraph 3 is not a factual or legal allegation and requires no response.

4.      Admitted.

5.      Sun denies the allegations of ¶ 5 of the Complaint except admits that Sun Pharmaceutical Research Centre (the correct name for the entity) is a division of Sun Pharmaceutical Industries, Ltd., and is located at NIMA Compound, Near Pratham Enclave, Tandalja Road, Baroda 390020, India.

6.      Admitted.

7.      Paragraph 7 is not a factual or legal allegation and requires no response.

8.      Admitted.

9.      Sun admits that it markets pharmaceutical products in the United States, including in New Jersey.  Sun denies ¶ 9 of the Complaint in all other respects.

10.      Sun admits that it manufactures pharmaceutical products and bulk pharmaceuticals that are sold and used in the United States, including in New Jersey.  Sun denies ¶ 10 of the Complaint in all other respects.

11.      Sun admits that it has authorized Mr. Guttman to accept service of process on behalf of Sun and has consented to personal jurisdiction and venue in New Jersey.  Sun denies ¶ 11 of the Complaint in all other respects.

12.     Upon information and belief, Sun admits that New Drug Application No. 20-987 was approved by the United States Food & Drug Administration for 20 mg and 40 mg delayed-release tablets including the active ingredient pantoprazole sodium, and such tablets are prescribed for gastro-intestinal disorders associated with acid secretion.  Upon information and belief, Sun admits that such tablets are promoted in the United States under the trade name "PROTONIX®."  To the extent not admitted, Sun is without further information sufficient for a belief as to the truth or falsity of the remaining allegations found in ¶ 12 of the Complaint and, therefore denies them.

13.     Sun admits that United States Patent No. 4,758,579 ("the '579 patent") issued on July 19, 1988, and that it purports to disclose certain compounds allegedly useful for inhibiting gastric acid secretion.  Sun is without information sufficient to form a belief as to the truth or falsity of the remaining allegations found in ¶ 13 of the Complaint and therefore denies them.

14.     Sun is without sufficient information to form a belief as to the truth or falsity of the allegations found in ¶ 14 of the Complaint and, therefore, denies them.

15.     Sun admits that a copy of the '579 patent was attached as Exhibit A to the Complaint.

16.     Admitted.

17.     Admitted.

18.     Admitted.

19.     Sun is without information sufficient to form a belief as to the truth or falsity of the allegations in ¶ 19 of the Complaint and therefore denies them.

3

20.     Sun is without information sufficient to form a belief as to the truth or falsity of the allegations in ¶ 20 of the Complaint and therefore denies them.

21.     Sun denies that it infringes any valid and enforceable claim of the '579 patent.

22.     Denied.

23.     Denied, except that Sun admits it was aware of the existence of the '579 patent.

24.     Denied.

25.     Denied.

26.     Denied.

## PRAYER FOR RELIEF

27.     In response to Plaintiffs' prayer for relief in the Complaint:

a.     Sun denies that Plaintiffs are entitled to the relief requested in ¶ 27(a) of the Prayer for Relief.

b.     Sun denies that Plaintiffs are entitled to the relief requested in ¶ 27(b) of the Prayer for Relief.

c.     Sun denies that Plaintiffs are entitled to the relief requested in ¶ 27(c) of the Prayer for Relief.

d.     Sun denies that Plaintiffs are entitled to the relief requested in ¶ 27(d) of the Prayer for Relief.

e.     Sun denies that Plaintiffs are entitled to the relief requested in 27(e) of the Prayer for Relief.

f.     Sun denies that Plaintiffs are entitled to the relief requested in ¶ 27(f) of
the Prayer for Relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

28.     Upon information and belief, the claims of the '579 patent are invalid, void
and/or unenforceable for failure to comply with the statutory prerequisites of Title 35 of the
United States Code, including without limitation, one or more of §§ 101, 102, 103, 111, 112,
116, 132, 135, 256 and 287.

### SECOND AFFIRMATIVE DEFENSE

29.     Sun will not infringe any valid and enforceable claim of the '579 patent
under 35 U.S.C. § 271.

### THIRD AFFIRMATIVE DEFENSE

30.     The claims of the '579 patent which purport to cover pantoprazole are
invalid under the judicially created doctrine of obviousness type double patenting.

### FOURTH AFFIRMATIVE DEFENSE

31.     Plaintiffs fail to state a valid claim for willful infringement.

## COUNTERCLAIMS

Sun, for its counterclaims against Plaintiffs, alleges as follows:

### THE PARTIES

1.     Sun Pharmaceutical Industries Ltd. is a public limited liability company
incorporated and existing under the laws of the State of India, and has a principal place of
business located at Acme Plaza, Andheri Kurla Road, Andheri (East), Mumbai 400059,
Maharashtra, India.

2.    Upon information and belief, Altana is a corporation incorporated and existing under the laws of Germany, having its principal place of business at Byk-Gulden-Str. 2, 78467 Konstanz, Germany.

3.    Upon information and belief, Wyeth is a Delaware corporation with its headquarters located at Five Giralda Farms, Madison, New Jersey 07940.

### JURISDICTION

4.    This is a declaratory judgment action under 28 U.S.C. §§ 2201 and 2202.  The counterclaims arise under the patent laws of the United States, 35 U.S.C. § 1 *et seq.* and under the Food, Drug and Cosmetic Act of the United States, 21 U.S.C. § 355(j).  Jurisdiction is proper under 28 U.S.C. §§ 1331, 1338(a), 2201, 2202, and 21 U.S.C. § 355(j).

5.    Altana Pharma AG (hereinafter "Altana") and Wyeth have filed a patent infringement lawsuit against Sun.

### FACTUAL BACKGROUND

6.    Upon information and belief, Altana is currently the owner of the United States Letters Patent Nos. 4,758,579 (the '579 patent).

7.    Upon information and belief, Wyeth Pharmaceuticals, Inc., a wholly-owned subsidiary of Wyeth, holds an improved New Drug Application from the FDA for pantoprazole sodium delayed-release tablets.

8.    Sun has filed ANDA No. 77-058 for approval to market a pantoprazole sodium delayed-release tablet, eq. 20 mg and 40 mg base in the United States.

9.    Sun sent a notice letter related to ANDA No. 77-058 pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) to Wyeth and Altana on March 1, 2005, which notice letters, upon

information and belief, were received by Altana on or about March 8, 2005, and by Wyeth on or about March 4, 2005, respectively. Sun also sent earlier notice letters to both Altana and Wyeth.

10.     On or about April 13, 2005, Altana and Wyeth filed or caused to be filed a Complaint for patent infringement which alleges that Sun infringes the '579 patent.

## COUNT I

## INVALIDITY OF THE '579 PATENT

11.     The allegations of ¶¶ 1-10 of Sun's Counterclaims are repeated, realleged, and incorporated herein by reference.

12.     Upon information and belief, the claims of the '579 patent are invalid, void and/or unenforceable for failure to comply with the statutory prerequisites of Title 35 of the United States Code, including without limitation, one or more of §§ 101, 102, 103, 111, 112, 116, 132, 135, 256 and 287.

13.     The claims of the '579 patent are invalid under the judicially created doctrine of obviousness type double patenting.

## COUNT II

## NON-INFRINGEMENT OF THE '579 PATENT

14.     The allegations of ¶¶ 1-13 of Sun's Counterclaims are repeated, realleged and incorporated herein by reference.

15.     Sun will not infringe any valid and enforceable claim of the '579 patent under 35 U.S.C. § 271.

## PRAYER FOR RELIEF

WHEREFORE, Sun prays that the Court enter:

A.     A declaratory judgment that the '579 patent is invalid;

B.     A declaratory judgment that Sun will not infringe any valid and enforceable claim of the '579 patent under 35 U.S.C. § 271;

C.     An Order enjoining and restraining Altana and Wyeth and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them from further charges of infringement or acts of enforcement based on the '579 patent against Sun, its actual and prospective customers, suppliers, clinical investigators, and anyone in privity with Sun; and

D.     An Order awarding Sun such other further relief as the Court deems just and equitable.

Dated: May 5, 2005                 PROSKAUER ROSE LLP


                                   Judson L. Hand (JH-1189)
                                   PROSKAUER ROSE LLP
                                   One Newark Center, 18th Floor
                                   Newark, NJ  07102
                                   973-274-3200


                                   Charles Guttman
                                   James H. Shalek
                                   PROSKAUER ROSE LLP
                                   1585 Broadway
                                   New York, New York 10036
                                   (212) 969-3000


                                   Attorneys for Defendants
                                   Sun Pharmaceutical Industries Ltd. and
                                   Sun Pharmaceutical Advanced Research Centre

8