NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALTANA PHARMA AG and WYETH, | : |
| Plaintiffs, | : |
| v. | :  CIVIL ACTION NO. 04-2355 (JLL) |
| TEVA PHARMACEUTICALS USA INC., ET AL., | : |
|  | :  **ORDER** |
| Defendants. | : |

Currently before the Court is a motion for reconsideration filed by Defendants Sun Pharmaceutical Industries, Ltd. and Sun Pharmaceutical Advanced Research Centre, Ltd. (collectively, "Defendants").  Defendants ask the Court to reconsider its June 13, 2006 decision dismissing Defendants' third and fourth counterclaims against Plaintiffs, Altana Pharma AG and Wyeth without prejudice for lack of subject matter jurisdiction.  For the reasons stated in the Court's February 5, 2007 letter opinion, **IT IS**

**ON** this 5th day of February, 2007,

**ORDERED** that Defendants' motion for reconsideration [doc. no. 34 in 05-3920, which was consolidated into 04-2355] is **DENIED**.

**SO ORDERED**.

/s/ Jose L. Linares
UNITED STATES DISTRICT JUDGE