NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTANA PHARMA AG and WYETH, | |
| Plaintiffs, | |
| | CIVIL ACTION NO. 04-2355 (JLL) |
| v. | |
| | **AMENDED ORDER** |
| TEVA PHARMACEUTICALS USA INC., ET AL. | |
| Defendants | |

**THIS MATTER** having come before the Court upon application of defendants for an Order amending the Court's Order of April 22, 2010 (D.E. No. 818), and the Court having reviewed defendants' application and the relevant portions of the transcript of the proceedings on April 9, 2010, and for good cause shown,

**IT IS ON** this 5th day of May, 2010,

**ORDERED** that the Court's April 22, 2010 Order (D.E. 818) is hereby **AMENDED**, and defendants' motion to exclude statements of Teva's former counsel in prior litigation (D.E. Nos. 781 & 782) are hereby **GRANTED**.

**SO ORDERED.**

/s/ Jose L. Linares
United States District Judge

1