**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTANA PHARMA AG and WYETH,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>Defendants. | Civil Action No. 04-2355 (JLL)<br><br>ORDER |

**LINARES,** District Judge.

This matter comes before the Court by way of Defendant Sun's motion for partial summary judgment seeking a ruling that Plaintiffs are not entitled to lost profits against Sun for lost Protonix sales [Docket Entry No. 1142]. Based on the reasons set forth in the Court's corresponding Opinion dated January 11, 2013, which has been filed under seal,

IT IS on this 11th day of **January, 2013,**

**ORDERED** that Defendant Sun's motion for partial summary judgment [Docket Entry No. 1142] is **DENIED.**

IT IS SO ORDERED.

Jose L. Linares
United States District Judge