**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTANA PHARMA AG and WYETH,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>Defendants. | Civil Action No. 04-2355 (JLL)<br><br>ORDER |

**LINARES,** District Judge.

This matter comes before the Court by way of Plaintiffs' motion for partial summary judgment seeking dismissal of Defendants' affirmative defense of *per se* patent misuse, as well as its "bundling" defense [Docket Entry No. 1121], and Defendants' motion for summary judgment seeking a ruling that the patent-in-suit is unenforceable due to Plaintiffs' patent misuse [Docket Entry No. 1137]. Based on the reasons set forth in the Court's corresponding Opinion dated March 26, 2013, which has been filed under seal,

**IT IS** on this 26th day of **March, 2013,**

**ORDERED** that Plaintiffs' motion for partial summary judgment seeking dismissal of Defendants' affirmative defense of *per se* patent misuse, as well as its "bundling" defense [Docket Entry No. 1121] is **granted**; and it is further

**ORDERED** that Defendants' motion for summary judgment seeking a ruling that the patent-in-suit is unenforceable due to Plaintiffs' patent misuse [Docket Entry No. 1137] is **denied**.

Jose L. Linares
United States District Judge