IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALTANA PHARMA AG and WYETH,<br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD, et al.<br>    Defendants | CONSOLIDATED CIVIL ACTIONS:<br>04-2355 (JLL); 05-1966 (JLL); 05-3902 (JLL);<br>05-3672 (JLL) and 08-2877 (JLL)<br><br>**This Filing Applies To:**<br><br>**Sun Defendants**<br>Civil Action No. 05-CV-1966 (JLL)<br>Civil Action No. 05-CV-3920 (JLL) |

## STIPULATION OF DISMISSAL

## AND

## ORDER OF JUDGMENT

WHEREAS, the parties stipulated that the manufacture, use, sale or offer for sale in the United States and/or importation of Defendants' pantoprazole sodium products that are the subject of ANDA No. 77-058 infringed U.S. Patent No. 4,758,579 (the '579 Patent), now expired;

WHEREAS, the Court has found that the '579 patent is not invalid and is enforceable;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Altana Pharma AG and Wyeth (individually and collectively, "**Plaintiffs**"), as plaintiffs, and Sun Pharmaceutical Industries Ltd., Sun Pharmaceutical Advanced Research Center, Ltd., Sun Pharma Global Inc., and Sun Pharma Global FZE (individually and collectively, "**Defendants**"), as defendants, by and through their attorneys, that judgment enter as follows:

      (1)    The '579 patent is valid, enforceable and infringed;

(2)　All claims and counterclaims between Plaintiffs and Defendants are dismissed with prejudice;

(3)　Any protective orders entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action;

(4)　The parties waive any right of appeal from this Order;

(5)　Each party shall bear its own costs and fees in the above-captioned actions; and

(6)　The Court retains jurisdiction for the purposes of enforcing the Protonix Sun Settlement Agreement.

Dated: June 11th, 2013 New Jersey

By: /s/ Liza M. Walsh

Liza M. Walsh

Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ 07068

William F. Lee
William G. McElwain
Amy K. Wigmore

WilmerHale, LLP
1875 Pennsylvania Ave, NW
Washington, D.C. 20006

By: /s/ Gregory D. Miller

Gregory D. Miller

Podvey, Meanor, Catenacci Hildner,
Cocoziello & Chattman PC
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Robert B. Breisblatt

Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661

| | |
|---|---|
| Attorneys for Altana Pharma AG and Wyeth | Attorneys for Sun Pharmaceutical Industries Ltd., Sun Pharmaceutical Advanced Research Center, Ltd., Sun Pharma Global, Inc., and Sun Pharma Global FZE |

SO ORDERED: June 12, 2013

_____
Honorable Jose L. Linares

United States District Judge