UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: Jose L. Linares   Date: 06/11/2013
Court Reporter: Phyllis T. LEWIS   Civil Nos: 04-2355 (JLL)

Title of the Case:

ALTANA PHARMA AG, et al.
v.
TEVA PHARMACEUTICALS USA, Inc., et al. ,

**Appearances:**

Hector Ruiz, Liza Walsh, William F. Lee, William G. McElwain, Amy Wigmore,
& Tracey C. Allen, **Attorneys for Plaintiff, Altana Pharma**

Michael E. Patunas, John C. Rozendaal, Christopher T. Holding & Paul F. Ware,
**Attorneys for Defendants, Teva Pharmaceuticals USA, Inc., et al**

Gregory D. Miller, Stephen P. Benson, Robert Breisblatt, John L. Dauer, Jr., &
Alexander Vesselinovitch, **Attorneys for Defendant, Sun Pharmaceutical, Ltd., et al**

**Nature of Proceeding**:
Trial with jury continued before Hon. Jose L. Linares
Jury present
Conference held (chambers)
Jury excused
Conference held (chambers)
*Sealed* Settlement placed on the record
Trial concluded.
OTBS

Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced: 8:15 a.m.
Time Concluded: 10:30 a.m.