**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALTANA PHARMA AG and WYETH,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>Defendants. | Civil Action No. 04-2355 (JLL)<br><br>**ORDER** |

**IT IS** on this **13th day of June, 2013**,

**ORDERED** that the transcript of the proceedings held on the record in chambers on June 11, 2013 are hereby **UNSEALED**.

**IT IS SO ORDERED.**

_____
José L. Linares
United States District Judge

1